Filed: 1/21/2021 1:12 PM
Clerk
Kosciusko County, Indiana

Kosciusko Circuit Court

STATE OF INDIANA      )              KOSCIUSKO SUPERIOR COURT
                      ) SS:
COUNTY OF KOSCIUSKO   )              SITTING AT WARSAW, INDIANA


VIRGINIA TENER                )
    Plaintiff,            )       43C01-2101-CT-000006
                              )
vs.                           )       Cause No.:
                              )
ELIJAH CARTER,                )       **JURY DEMAND**
    Defendant.            )

## COMPLAINT

### COUNT I – NEGLIGENCE

Comes now the Plaintiff, Virginia Tener, by counsel, Langer & Langer, for her cause of action against the Defendant Elijah Carter, says as follows:

1. On February 5, 2019, Defendant, Elijah Carter, driving his 2017 Black Nissan Rogue, was traveling east on CR 400 N approaching CR 700 W in Warsaw, Kosciusko County, Indiana at around 11:10 a.m.

2. Thereafter, Defendant, Elijah Carter failed to stop at the stop sign at that intersection, crashing into the vehicle driven by Plaintiff, Virginia Tener, who was driving her vehicle on CR 700 W Warsaw, Indiana.

3. At all times relevant, Plaintiff Virginia Tener had the right of way.

4. The crash was the result of the Defendant's negligence.

5. Defendant bears 100% of the fault for the collision that is the subject of this cause of action.

6. The negligent acts and/or omissions of the Defendant, Elijah Carter, includes, but are not limited to, the following:

    a.    Failing to stop at stop sign;

1

    b. Failing to drive in a manner and speed safe for the conditions under the circumstances;
    c. Failing to yield the right of way;
    d. Not paying attention behind the wheel;
    e. Failing to keep his vehicle under proper and sufficient control;
    f. Failing to avoid a collision when, in the exercise of reasonable care, he could have done so;
    g. Acting otherwise careless and negligent; and
    h. Negligence per se.

7. As a direct and proximate result of Defendants' negligence, as aforesaid, the Plaintiff, Virginia Tener, suffered injuries and damages.

8. Virginia Tener's injuries include but are not limited to physical injuries, which include but are not limited to: large hematoma in the left leg requiring surgical repair and wound vac leading to permanent injury; bruising and lacerations all over the body, concussion, possible traumatic brain injury, pain and daily discomfort; nature and extent of injuries and effect on function as a whole person; lost earnings; medical expenses, physical pain and mental suffering; and disfigurement.

**WHEREFORE**, the Plaintiff respectfully prays that a judgment be entered in her favor and against the Defendant in a just and reasonable amount, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Date: __1/21__, 2021

*/s/ Tara M. Worthley*
Tara M. Worthley, #25883-64
Langer & Langer
4 Indiana Avenue
Valparaiso, Indiana 46383
(219) 464-3246
Attorney for Plaintiff

2

## JURY DEMAND

Come now the Plaintiffs and pursuant to Trial Rule 38(B), demand trial by jury as to all issues.

Respectfully submitted,

Dated: __1/21__, 2021

*Tara M. Worthley*
Tara M. Worthley, #25883-64
Langer & Langer
4 Indiana Avenue
Valparaiso, Indiana 46383
(219) 464-3246
Attorney for Plaintiff

3